IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Criminal case No. 23-cr-00074-NYW

UNITED STATES OF AMERICA,

Plaintiff

v.

DEJANE REANIECE LATTANY,

Defendant.

## NOTICE OF DISPOSITION

Defendant, Dejane Lattany, by and through counsel, Jason Flores-Williams, hereby notifies this Honorable Court that a disposition has been reached in her case with the government. The parties are requesting permission to contact the Court to schedule a Change of Plea Hearing.

Respectfully submitted this 28th day of March, 2023

s/Jason Flores-Williams
Jason Flores-Williams
1851 Bassett 509
Denver, CO 80202
49702
Jfw@jfwlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March 26th, 2023, , I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the filing to the following:

Nicole C. Cassidy,  AUSA

Rebecca S. Weber, AUSA

United States Attorneys

1801 California Street, Suite 1600 Denver, CO 80202

Phone: (303) 454-0100

Fax: (303) 454-0402

<nicole.cassidy@usdoj.gov>

<rebecca.weber@usdoj.gov>

<u>s/Jason Flores-Williams</u>