IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Criminal Action: 23-cr-00074-NYW-1 | Date: August 15, 2023 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Tammy Hoffschildt |
| Probation Officer: Sara Johnson | |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA, | Nicole Cassidy |
| | Rebecca Weber |
| | Laura Hurd |
| Plaintiff, | |
| v. | |
| 1. DEJANE REANIECE LATTANY, | Jason Flores-Williams |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**

**1:00 p.m.      Court in session.**

Appearances of counsel. Defendant present on bond.

Discussion and argument regarding pending motions and sentencing recommendations.

Statement by Defendant.

Statement by the Court regarding Defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:** The Plea Agreement is accepted.

**ORDERED:** Defendant's Sentencing Memorandum [Doc. 19], construed as a Motion for Downward Variance, is GRANTED in part.

**ORDERED:** United States' Motion to Decrease Offense Level by One Additional Level Pursuant to U.S.S.G § 3E1.1(b) [Doc. 20] is GRANTED.

**ORDERED:** Government's Sentencing Statement and Response to Defendant's Sentencing Memorandum (ECF No. 19) [Doc. 24], construed in part as a Motion for Downward Variance, is GRANTED in part.

**ORDERED:** Defendant shall be imprisoned for 48 months as to Count 1 of the Information, to run concurrently to the sentence imposed in Denver County District Court Case No. 2022CR6134. Upon release from imprisonment, Defendant shall be placed on supervised release for a term of 3 years.

**ORDERED:** Conditions of Supervised Release, as stated on the record.

**ORDERED:** Defendant shall pay a $100.00 Special Assessment fee, to be paid immediately. No fine is imposed.

**ORDERED:** Restitution shall be paid to the victim in the amount of $3,437,072.81. Defendant shall pay interest on the restitution, as stated on the record.

**ORDERED:** The special assessment and restitution obligation are due immediately. Any unpaid monetary obligations upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment will be calculated as at least 10 percent of the Defendant's gross monthly income.

**ORDERED:** Defendant shall forfeit any interest in property, as stated on the record, to the United States.

**ORDERED:** Defendant is directed to surrender to the institution designated by the Bureau of Prisons within 15 days of the date of designation. Defendant continues on release pursuant to the conditions as set forth in the Conditions of Release [Doc. 7].

Defendant advised of right to appeal.

Court recommends that the Bureau of Prisons place Defendant at a facility within the State of Colorado.

**1:43 p.m.   Court in recess.**

Hearing concluded.
Total time in court:   0:43