FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
09/06/2023
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 23-cr-00074-NYW-1
Civil Action No. _____

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEJANE REANIECE LATTANY,

    Defendant.

---

### MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED ON APPEAL PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24 IN A CRIMINAL CASE

---

I request leave to commence this appeal without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. I also request that the United States pay for a transcript of the record of proceedings, if any, for inclusion in the record on appeal. In support of my requests, I submit the accompanying affidavit and declare that:

(1) I am unable to pay such fees or give security therefor.
(2) The issues I desire to raise on appeal are:

What I was sentenced to in regard to my criminal history points does not align with the terms agreed upon in my plea agreement, nor does it reflect the arguments that my attorney was to argue/present during my sentencing. I was not provided anything prior to sentencing from my Attorney such as my Pre-Sentence Report, my Sentencing Memorandum, the Prosecution's late motions and order. I want to say thank you to Judge Yang for having the missing documents sent to me and the extension to October 5, 2023.

(3) I am entitled to redress.
(4) I take this appeal in good faith.
(5) The appeal is not frivolous and presents a substantial question.

I swear that the responses which I have made to the questions and instructions below relating to my ability to pay the cost of prosecuting the appeal are true.

**MARITAL STATUS AND DEPENDENTS**

Rev. 1/12

Single _X_  Married ___  Separated ___  Divorced ___

The following individuals are my dependents (Identify minor children by their initials only. Do not include their date of birth.):

Name  T.L.  Age  11  Relationship  Son
Name  N.H.  Age  7   Relationship  Daughter
Name  B.H.  Age  1   Relationship  Son
Name  ____  Age  ___ Relationship  ____

**RESIDENCE**
Street Address: 11125 Quintero Ct.
City: Commerce City     State: Colorado
Zip Code: 80022          Telephone: 720 318 0173

**EDUCATION**
What is the highest level of formal education you have received: Bachelors of Science in Healthcare Management
I can speak, read, write, and understand the English language: Yes _X_  No ___

**EMPLOYMENT**
If employed at present, complete the following:
Name of employer: N/A
Address of employer: N/A
Telephone number of employer: N/A
How long have you been employed by present employer: N/A
Income: Monthly $ N/A                Weekly $

If self-employed, state your net income: Monthly $ N/A   Weekly $
What is the nature of your self-employment?

If unemployed at present, complete the following:
I have been unemployed since: N/A
Name of last employer:
Address of last employer:
Telephone number of last employer:
Salary or hourly wage received from last employer: $

If spouse is employed, complete the following:
Name of employer: N/A
How long has spouse been employed by present employer:
Income: Monthly $            Weekly $

If receiving public assistance (e.g., welfare, unemployment benefits), complete the following:
I have been receiving public assistance since: SNAP Food stamps
Monthly benefits: $ 939.00           Weekly benefits: $

Rev. 1/12

2

**REAL AND PERSONAL PROPERTY**

Real property:
Do you own real property? Yes _____ No __X__
If yes, describe: Forfeitures advised by Previous Attorney.
Address: _____
Name(s) on title: _____
Estimated value: $ _____ Amount owed: $ _____
Annual income from real property: $ _____

Personal property:
Automobile: Make: N/A    Model: _____    Year: _____
Name(s) on registration: _____
Estimated value: $ _____ Amount owed: $ _____

Cash on hand:
Total amount of cash in banks and savings and loan associations: $ N/A
Names and addresses of banks and associations: _____

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):
N/A

Payments for legal assistance: I have paid or will be paying an attorney, or someone other than an attorney (such as a paralegal or typist), money for services in connection with this case, including the completion of this form. Yes____ No __X__

If yes, how much? $ _____

If yes, state the name, address, and telephone number of the attorney or person:
_____

| **FINANCIAL OBLIGATIONS:** | **MONTHLY PAYMENT:** |
|---|---|
| Rent on house or apartment: | $ |
| Mortgage on house: | $ 2,099.00 |
| Gas bill: | $ 189.00 |
| Electric bill: | $ 189.00 |
| Telephone bill: | $ 65.00 |
| Food: | $ 0 |
| Clothing: | $ 400.00 |
| Automobile loan: | $ 0 |
| Automobile insurance: | $ 0 |
| Other insurance: | $ 0 |

Rev. 1/12

2

| | |
|---|---|
| Payments to retail merchants: | $ _____ |
| Total owed: _____ | |
| Payments on any other outstanding loans or debts: | $ _____ |
| Total owed: _____ | |
| Payments to doctors, hospitals, lawyers: | $ _____ |
| Total owed: _____ | |
| Maintenance under separation or dissolution agreement: | $ _____ |
| Child support: | $ _____ |
| Other Payments: | |
| Describe: _____ | $ _____ |
| Describe: _____ | $ _____ |
| Describe: _____ | $ _____ |
| Describe: _____ | $ _____ |
| | |
| Total monthly payments: | $ _____ |

_____
Signature

Dejane Latrany
Name

11125 Quintero Ct
Street Address

Commerce City    CO    80022
City    State    Zip Code

720 318 0173
Telephone Number

Holli Coulman
**Signature of Affiant**

Date: 9/5/23

SUBSCRIBED AND SWORN TO BEFORE ME THIS 5th day of September, 2023



Holli Coulman
Notary Public

1001 Oakview Drive
Address    Crossroads, TX 76227

My commission expires: 5/28/27

HOLLI COULMAN
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 05/28/27
NOTARY ID 13202883-9

Created With Tiny Scanner

Rev. 1/12

2