**Wang Chambers**



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
1:50 pm, Jun 06, 2024
JEFFREY P. COLWELL, CLERK

From: Jaraine Lattany <Jlattany01@outlook.com>
Sent: Wednesday, June 5, 2024 11:04 AM
To: Tram Vo <Tram_Vo@cod.uscourts.gov>
Subject: Dejane Lattany BOP# 51090-510 / Case#23-cr-00074-NYW-1 and Case#2022-cr-6134

**CAUTION - EXTERNAL:**

Dear your honor,

Can you please take a look at my daughter's situation with the BOP and Victorville Federal Facility. There are some serious issues that must be addressed in regards to retaliation due to inmates following the procedures of "exhausting their remedies" prior to reaching out to the judge. There is a form of retaliation happened when inmates file their BP8 and BP9.

Dejane is just one out of many inmates that was transferred to several different facilities after she initiated her remedies at Victorville Federal Camp. Victorville has also placed a detainer on her along with a medical hold to prevent her from entering into the Mint Program. All facilities she has been transferred to has been detrimental to her and her unborn baby health, as she has witness 1 death at Victorville and 2 deaths at the current Federal facility she is currently at the Federal Hospital in Ft. Worth Texas.

We have submitted a motion/ petition for counsel to be appointed in regards to this situation and will soon be entering an :Emergency for compassionate Release".

Dejane has never been in any trouble and is a very honorable women who made a non-violent mistake and is now in a situation where she can possibly lose her life in a Federal Facility due to neglect and mismanagement.

Due to Dejane having Ineffective Counsel for her State cade caused her to miss out on the opportunity of being charged as a First Time Non-Violent offender.

There has been a 35(A) and 35 (C ) submitted to her State Case out of Court Room 5G and a 2255/2254 submitted to you in reference to the Ineffective Counsel she received in her STATE CASE ONLY.  Dejane admits her wrong doing in regards to her Federal case.

We really hope you find thus email very concerning ad to what us going on in the Federal Facilities and the BOP to open an investigation in regards to Dejane's situation that will hopefully help others that are experiencing these and similar issues.

We do plan to submit an Emergency Compassionate Release petition here soon, but in the meantime any assistance you can provide to assist Dejane truly means everything.

We thank you for your time and hope some type of action is taken.

Please feel free to contact me at anytime,

Jaraine Lattany
720-309-1206
Jlattany01@outlook.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.