

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

23-cr-00074-NYW

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 09 2024

JEFFREY P. COLWELL
CLERK

#76

RETURN TO SENDER
INMATE
OPEN IN THE PRESENCE OF THE

RETURN TO SENDER

Dejanje Reaniece Lattany
#51090-510
FORT WORTH
FEDERAL MEDICAL CENTER
Inmate Mail/Parcels
P.O. BOX 15330
FORT WO

In FMC Caeswell

DENVER CO 802
OPEN AUG 2024 PM 8

quadient
FIRST-CLASS MAIL
IMI
$000.69
08/02/2024 ZIP 80294
043M31246131
US POSTAGE