FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 06 2024

JEFFREY P. COLWELL
CLERK

In The United States District Court
For the District of Colorado

| | |
|---|---|
| United States of America | Criminal Case No. |
| | 1:23-cr-00074-NYW-1 |
| Vs. | |
| | ✱ Notice To the Court |
| Dejane Reaniece Lattany | And Address Information. |

I Dejane Reaniece Lattany would like to notify this court that I have not recieved Any recent mail from this court. Upon Asking my mother to contact this court to make Sure the court recieved my last supplements and exhibits, she informed me that the honorable Judge placed a minute order for me to send the correct Address. As a Result, I am responding As Ordered. The correct Address is As Follows:

| | | |
|---|---|---|
| Dejane Reaniece Lattany | | Lattany, Dejane |
| BOP # 51090-510 | OR | BOP # 51090-510 |
| FMC Carswell | | P.O. Box 27137 |
| P.O. Box 27137 | | Federal Medical Center, Carswell |
| Fort Worth TX 76127 | | Fort Worth TX, 76127-0137 |

I would like to notify the court that Currently and Continuously Carswell Federal Medical Center And the BOP Are Penalizing And Punishing me By Scoring my State Concurrent Sentence As a Detainer, All Because my Good Conduct Time and My First Step Act Credits make my 48 month Federal Sentence Shorter than my 24 month State Concurrent Sentence. Because I am Eligible For First Step Act Credits, My Federal Sentence of Imprisonment Becomes Shorter than my State Sentence of Imprisonment of 24 months Combined with my 24 months of parole. While this is true that I Would Have Already Been Released From Custody on completing 50% of their Sentence, I Have no Access to the Board of parole or a Parole Officer to Apply the Incentives Because I am In BOP Custody. The BOP and CDOC Refuse to Work together in order to Apply all of the incentives that I Qualify for, in order to get me to Home Confinement or Released. Because of my First Step Act Credits Allowing the Bop to Score my Concurrent Sentence As a Detainer (By making my federal sentence of imprisonment shorter), I Have a management variable placed on me By the Bop. The Bop and Carswell Federal Medical Center Has Kept me from Being Housed in a Camp Where I belong, from MINT So that I Could Be with my BaBy, And they Are now disqualifying Me from the Second Chance Act and Applying my FSA Credits to Sign Now to Go to Home Confinement On or Around 12/30/2024, which I Would Otherwise Be Eligible for.
Your Honor, there Are Medium, High and Violent

Custody level inmates, With Release Dates Later than my Release date, All Signing paperwork To Go to Halfway house and/or home Confinement. According to the BOP's Program Statement, they Are Only to Score a Concurrent Sentence As a Detainer If the Concurrent sentence Is Longer than that Of the Federal sentence. My Qualification for FSA credits Allow them to Apply the Needed criteria In order to place this management Variable on me. This is Hurting me Because I am not a Flight Risk nor Am I a Danger to the Community. The BOP's Informal Detainer Based off of my "Longer Concurrent Sentence" Because Of the First Step Act Credits that I qualify for, Is keeping me In Stressfull And Dangerous environments for my physical And Mental Health. I am forced to Stay in mixed Populations and In High Rise Facilities with Medium, High and Violent Security Level inmates. I am Also placed With So many people overdosing And Passing Away from the overdoses. According To my offense(s) And minimum Security level, I am Supposed To Be In a Camp, In a Safe environment And with people with Offenses and security levels like myself.

　　　　I am suffering And I Continue to Suffer. I am still experiencing Chest pains that Are Undiagnosed And Untreated. Carswell has had Two deaths of Heart Attacks that I have witnessed Since I've Been Here. AIC Yolanda Complained of Chest pains (Just AS I AM) and Was disregarded and Sent Back to Her Unit in the High Rise facility and Passed Away of a Heart Attack.

I am not Getting Better, I Am Getting Worse. I Have not Been able to Be Rehabilitated nor program Because of my conditions mentally and physically. More Importantly, I am Unable to Attend chow to eat Regular Meals. I am not Getting Nutrients. As of Now, this Is my Second tooth that Has Broken while In Bop Custody.

I have Also Been placed on a new Medication for Mental Health on top of an increased Dose of the First psychotropic Medication (which is Hurting me). All the BOP Wants to do Is treat me like the population of Inmates who Are Drug Addicts By trying to Dope me up With a Bunch of Pills. For Some One like me, these Are not Viable Solutions. The Bop rather feed me Pills Instead of Fixing my paperwork correctly And according to their own program Statements So I Can Be treated And Placed In the Correct Environment (Camp) where I Belong and sent to Home confinement According to my FSA, GCt And Second Chance Act Credit, All In which I qualify for If It Were not For my FSA Credits making my Federal Sentence of Imprisonment shorter than my Concurrent State Sentence of Imprisonment Combined With Parole. The Bop Has Used their own discretion In order to Detain me Until 2027 (passing Both of my release Dates of Imprisonment), Disqualifying me From early release And placing me In Danger of Irreparable Harms. my mental and physical Health (AV Block, Cardio Arrythmia, Brady cardia, tachy cardia, Risk For Cardio Myopathy, major depressive Disorder and the Loss of teeth) are getting worse.

I am suffering cruel and unusual punishment regarding my individual circumstances (my offense(s) and minimum custody level), making my punishment more punitive than what the Court intended. My medical needs are not being met, I am in an unsafe environment and there are multiple due process violations that will need to be presented in a different motion. However, I am in need of relief now.

I really need this Court to intervene and at least reduce the remainder of my sentence of imprisonment to home confinement under compassionate release or injunctive (preliminary or permanant) relief via your authority/power.

Please see the attached exhibits that include my updated medical records, the new medication I have been prescribed, the side effects and my recent communications with BOP staff.

Thank you so much for your time and attention to my concerns.

Respectfully submitted.

Dejane Reaniece Lattany
51090-510

# Bureau of Prisons
# Health Services
# Medication Summary
## Current as of 11/07/2024 11:44

| Complex: | CRW--CARSWELL FMC | Begin Date: | N/A | End Date: | N/A |
|---|---|---|---|---|---|
| Inmate: | LATTANY, DEJANE REANIECE | Reg #: | 51090-510 | Quarter: | F01-332L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**                        Denied

## Active Prescriptions

clonazePAM 0.5 MG Tab UD

***crush/empty*** *Float in Water* Take one tablet (0.5 MG) by mouth twice daily for mental health *consent form on file * **non-formulary approved until: 11/5/26 ***pill line***

**Rx#:** 846922-CRW    **Doctor:** Allison, C. (MOUD) MD, Chief Psychiatrist

**Start:** 11/05/24    **Exp:** 12/05/24    **Pharmacy Dispensings:** 0 TAB in 2 days

Sertraline HCl 100 MG Tab          *increased from 25mg to 100mg in less than 2 months*

Take one tablet (100 MG) by mouth at bedtime

**Rx#:** 846996-CRW    **Doctor:** Allison, C. (MOUD) MD, Chief Psychiatrist

**Start:** 11/06/24    **Exp:** 05/05/25    **Pharmacy Dispensings:** 30 TAB in 1 day

## Active OTC

| **Medication** | **OTC Source** | **Start Date** | **Stop Date** |
|---|---|---|---|
| Acetaminophen 325 MG Tab | Commissary-Recommended | 12/06/2023 | |

**Order Details:** 650mg PO BID PRN

## Recently Expired Prescriptions

*Ferrous Gluconate 324 (5 GR) MG Tab*

*Take one tablet  by mouth three times daily every other day*

**Rx#:** 835867-CRW    **Doctor:** *Smith, S. APRN*

**Start:** *08/06/24*    **Exp:** *11/04/24*    **Pharmacy Dispensings:** *45 TAB in 90 days*

CRW F01 332-L 51090-510 - LATTANY, DEJANE - 846922-CRW

Read this medicine information sheet carefully each time you get this medicine filled. You must carefully read the "Consumer Information Use and Disclaimer" below in order to understand and correctly use this information. This information is for FEMALE patients only. It does NOT include important information for MALE patients.

# Clonazepam Tablets

**Pronunciation** (kloe NA ze pam)
**Brand Names: US** Klonopin.

## Warning

- This drug is a benzodiazepine. The use of a benzodiazepine drug along with opioid drugs has led to very bad side effects. Side effects that have happened include slowed or trouble breathing and death. Opioid drugs include drugs like codeine, oxycodone, and morphine. Opioid drugs are used to treat pain and some are used to treat cough. Talk with the doctor.

- If you are taking this drug with an opioid drug, get medical help right away if you feel very sleepy or dizzy; if you have slow, shallow, or trouble breathing; or if you pass out. Caregivers or others need to get medical help right away if the patient does not respond, does not answer or react like normal, or will not wake up.

- Benzodiazepines can put you at risk for drug use disorder. Misuse or abuse of this drug can lead to overdose or death, especially when used along with certain other drugs, alcohol, or street drugs. Drug use disorder can happen even if you take this drug as your doctor has told you. Get medical help right away if you have changes in mood or behavior, suicidal thoughts or actions, seizures, or trouble breathing.

- You will be watched closely to make sure you do not misuse this drug or develop drug use disorder.

- Benzodiazepines may cause dependence. Lowering the dose or stopping this drug all of a sudden may cause withdrawal. This can be life-threatening. The risk of dependence and withdrawal are raised the longer you take this drug and the higher the dose. Talk to your doctor before you lower the dose or stop this drug. You will need to follow your doctor's instructions. Get medical help right away if you have trouble controlling body movements, seizures, new or worse behavior or mood changes like depression or thoughts of suicide, thoughts of harming someone, hallucinations (seeing or hearing things that are not there), losing contact with reality, moving around or talking a lot, or any other bad effects.

- Sometimes, withdrawal signs can last for several weeks to more than 12 months. Tell your doctor if you have anxiety; trouble with memory, learning, or focusing; trouble sleeping; burning, numbness, or tingling; weakness; shaking; muscle twitching; ringing in the ears; or any other bad effects.

## What is this drug used for?

- It is used to treat seizures.
- It is used to treat panic attacks. 
- It may be given to you for other reasons. Talk with the doctor.

## What do I need to tell my doctor BEFORE I take this drug?

- If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.
- If you have any of these health problems: Glaucoma or liver disease.

This is not a list of all drugs or health problems that interact with this drug.

Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

## What are some things I need to know or do while I take this drug?

For all uses of this drug:

- Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.
- Have your blood work checked if you are on this drug for a long time. Talk with your doctor.
- Avoid driving and doing other tasks or actions that call for you to be alert until you see how this drug affects you.
- If you have had seizures in the past, this drug may cause you to pass out. Use with care. Do not do activities that may be unsafe to you or others if you pass out, like driving or swimming.
- If you have lung disease, talk with your doctor. You may be more sensitive to this drug.
- Avoid drinking alcohol while taking this drug.
- Talk with your doctor before you use marijuana, other forms of cannabis, or prescription or OTC drugs that may slow your actions.

CRW F01 332-L 51090-510 - LATTANY, DEJANE - 846922-CRW

Be ready to tell or show what was taken, how much, and when it happened.

## Consumer Information Use and Disclaimer

This generalized information is a limited summary of diagnosis, treatment, and/or medication information. It is not meant to be comprehensive and should be used as a tool to help the user understand and/or assess potential diagnostic and treatment options. It does NOT include all information about conditions, treatments, medications, side effects, or risks that may apply to a specific patient. It is not intended to be medical advice or a substitute for the medical advice, diagnosis, or treatment of a health care provider based on the health care provider's examination and assessment of a patient's specific and unique circumstances. Patients must speak with a health care provider for complete information about their health, medical questions, and treatment options, including any risks or benefits regarding use of medications. This information does not endorse any treatments or medications as safe, effective, or approved for treating a specific patient. UpToDate, Inc. and its affiliates disclaim any warranty or liability relating to this information or the use thereof. The use of this information is governed by the Terms of Use, available at https://www.wolterskluwer.com/en/know/clinical-effectiveness-terms.

Issue Date: 10/02/2024
Database Edition 24.4.1.001
Copyright 2024 Wolters Kluwer UpToDate, Inc. and/or its affiliates. All Rights Reserved.

**Bureau of Prisons**
**Health Services**
**Health Problems**

Reg #: 51090-510     Inmate Name: LATTANY, DEJANE REANIECE

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Anemia, unspecified | | ICD-10 | D649 | 01/12/2024 | Current | |
| 01/12/2024 15:10 EST Babalola, Esther (MOUD) DNP, FNP-BC | | | | | | |
| In pregnancy | | | | | | |
| Obesity | | ICD-10 | E669 | 12/06/2023 | Current | |
| 12/06/2023 12:49 EST Babalola, Esther (MAT) DNP, FNP-BC | | | | | | |
| BMI= 41 | | | | | | |
| Major Depressive Disorder: Single Episode: Severe | I | DSM-IV | F32.2 | 09/04/2024 | Current | |
| 09/04/2024 14:31 EST Allison, C. (MOUD) MD, Chief Psychiatrist | | | | | | |
| with anxious distress | | | | | | |
| Major Depressive Disorder: Recurrent Episode: Severe | I | DSM-IV | F33.2 | 08/30/2024 | Current | |
| 09/04/2024 16:13 EST Reynolds, A. PsyD, Clinical Psychologist | | | | | | |
| With peripartum onset | | | | | | |
| Unspecified Trauma- And Stressor-Related Disorder | I | DSM-IV | F43.9 | 09/04/2024 | Current | |
| 09/04/2024 14:31 EST Allison, C. (MOUD) MD, Chief Psychiatrist | | | | | | |
| Inflammation of eyelid | | ICD-10 | H019 | 08/30/2024 | Current | |
| 08/30/2024 14:48 EST Sotayo, O. (MOUD) APRN,FNP-C | | | | | | |
| R>L | | | | | | |



...attany, Dejane

34years
Female

Black

ID: 5109-51o

Vent. rate        49 bpm
PR interval       194 ms
QRS duration      82 ms
QT/QTc        474/428 ms
P-R-T axes    49   38   42

30-Aug-2024    10:45:34    FMC Carswell Clinic

Marked sinus bradycardia
Abnormal ECG

Technician: Tmasters Rn
Test ind:

5109 0-51O

8/26/2024 JPS mFm
HR 56
she told them h/o
1st degree AV block
echo, no Hx, CXB, vitals
ordered

Referred by:

Unconfirmed



:attany, Dejane
34years
Female
Black

ID: 51o9o-51o

30-Aug-2024   10:46:00        FMC Carswell Clinic

Marked sinus bradycardia with sinus arrhythmia
Abnormal ECG

Unconfirmed

Referred by:

| | |
|---|---|
| Vent. rate | 48 bpm |
| PR interval | 188 ms |
| QRS duration | 82 ms |
| QT/QTc | 472/421 ms |
| P-R-T axes | 53   30   19 |

Technician: Tmasters Rn
Test ind:

V1  V2  V3  V4  V5  V6
aVR  aVL  aVF
I  II  III  V1  II  V5

150 Hz     25.0 mm/s   : 10.0 mm/mV     4 by 2.5s + 3 rhythm lds       MAC55 009A       12SL™ v237

# FMC Carswell

## J Street, Building 3000, Fort Worth, TX 79127
## Tel: 817.782.4719 Fax: 817.782.4602

## Report prepared by DigiCardio, Inc. Tel: 866.344.4227

# HOLTER MONITOR REPORT

| Patient Name: | **90510091224 Black Disk 1** | Interp. Physician: Janet Shackleford, M.D. |
|---|---|---|

| | | | |
|---|---|---|---|
| Date of Birth: | 6/30/1990 | Scan Number: | |
| ID : | 90510091224 | Date Recorded: | 9/12/2024 @ 6:53 |
| Age: | 34 Years | Date Processed: | 9/26/2024 |
| Sex: | M | Recorder Num: | 041707 |
| Analyst: | CE | HookupTech: | AAB |
| Physician: | Janet Shackleford, M.D. | | |
| Indications: | | Medications: | |

The patient was monitored for a total of 47:59 hours. The total time analyzed was 45:04 hours. Start time was 6:53am1. There was a total of 172297 beats. Less than 1% were Ventricular beats, less than 1% were Supraventricular beats, and patient is not paced.

| | | | |
|---|---|---|---|
| Mean Heart Rate: | 64 | Total Beats: | 172297 |
| Maximum Heart Rate: | 147 @ 6:22am2 | Tachycardia beats: | 11159 (>=100 BPM) 6% |
| Minimum Heart Rate: | 38 @ 10:49pm1 | Bradycardia beats: | 31833 (<= 50 BPM) 18% |
| Pauses: | 0 (> 2.5 sec.) | Longest RR at: | 1.65 seconds at 10:51pm2 |

**Ventricular Ectopy**

| | |
|---|---|
| Total: | 163 |
| Early/Late: | 126/ 37 |
| Pairs: | 0 |
| Total Runs: | 0 |
| Beats in Runs: | 0 |
| Longest Run: | 0 @ 6:53am1 ( 0 BPM) |
| Fastest Run: | 0 @ 6:53am1 ( 0 BPM) |
| RonT: | 0 |

**Supraventricular Ectopy**

| | |
|---|---|
| Total: | 19 |
| Single: | 16 |
| Pairs: | 0 |
| Total Runs: | 0 |
| Beats in Runs: | 0 |
| Longest Run: | 0 @ 6:53am1 ( 0 BPM) |
| Fastest Run: | 0 @ 6:53am1 ( 0 BPM) |
| Aberrant: | 3 |

**RR Variability**

| | |
|---|---|
| SDNN: | 247.57 ms |
| pNN50: | 30.095 % |
| RMSSD: | 61.565 ms |
| SDSD: | 61.565 ms |

**ST Absolute**

| | |
|---|---|
| Depression: | *** mm |
| Elevation: | *** mm |

Underlying sinus rhythm. Periods of slight sinus arrhythmia.
Periods of sinus bradycardia totaled just over 11 hours.
Periods of sinus tachycardia totaled 1.75 hours.
Non-specific ST-T wave changes.
Occasional primarily unifocal PVCs.
Rare PACs.
Isolated patient event correlated with sinus tachycardia.

*Lattany, Dejane*
*51090-510*
*6/30/1990*

*Chest pain is untreated and undiagnosed*

At the Mean HR of 64 bpm, PR interval = 0.16 sec, QRS duration 0 sec, QT interval = 0.39 sec, and QTc = 0.40 sec, all within normal limits.

Physician's Signature:

Janet Shackleford, M.D.                                    Date

## 11.  TYPE OF **DETAINER**

| 11. TYPE OF **DETAINER** | 0 = NONE | 3 = | MODERATE | 7 = GREATEST |
|---|---|---|---|---|
|  | 1 = LOWEST/LOW MODERATE | 5 = | HIGH |  |

Enter the appropriate number of points that reflect
**detainer** status.    Refer to the Offense Severity Scale,
Appendix A. Determination is based on the offense of the
most serious **detainer**.

- If there is a pending charge, points based on the
  documented behavior are assigned on the "Type of
  **Detainer**" item.  If the pending charges or
  **detainer**

  involve a probation violation, use the most
  severe documented behavior in the original
  offense as the basis for assigning points in
  scoring the **detainer**.

  If law enforcement officials indicate a firm intent
  to lodge a **detainer**, consider it lodged.    Score a
  concurrent state sentence as a **detainer** only if it
  is expected that the state sentence will exceed the
  federal sentence.  However, score consecutive state
  sentences, lodged state detainers, and/or state
  parole

  violation terms/warrants as detainers.

- Consecutive federal sentences are ordinarily not
  lodged as detainers because federal sentences are
  computed as they are received.    If there is more
  than one sentence, the most severe offense will be
  used as "Severity of Current Offense."

  Example:  For an individual with two detainers for
            Violation of Firearms Act (Moderate
            severity level) and one for Extortion
            (High severity level), use High = 5 points

progstat                                    1

© 2024 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions
and terms and conditions of the Matthew Bender Master Agreement.



## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Mrs. Mallard
Mr. Bishop
Records.

Bureau of Prisons Program Statement No. 13360.16, Administrative Remedy Program, (December 31, 2007), requires, in most cases, that inmates
attempt informal resolution of grievances prior to filing a formal written complaint. This form will be used to document your efforts toward informally
resolving your grievance.

| Inmate Name | Lathany, Detane | Register Number | 51090-510 |

1. Briefly state your complaint. Include all details and facts which support your request and the date on which the basis for the
complaint occurred. Regional provided A.W. Mr. Hess with the paperwork And instructions to
Justify the "Detainer" However, the paperwork states to "Detain" me Based off of the
attached mittimus For my 2 year sentence that the state Imposed. There is No paperwork
Stating that I am To Be Detained past my 2 year sentence. How Are you Able to
Detain me past the Legal sentence without an order or paperwork Justifying it?

2. Briefly state the action you request to resolve your complaint.
I AM Requesting that you Refer to the Legal paperwork Justifying the Detainer for
my two year concurrent Sentence And fix the Date. I started serving my 2 year
State Sentence in 2023, therefore it ends in 2025, OR produce Legal paperwork
from the State of Colorado that gives you the Right to Detain me past my Legal state sentence.

3. Briefly state the action(s) you have taken and with whom you have spoken to resolve your complaint.
I spoke with Regional along with Mr. Hess To get the paperwork sent Here to Justify
Detainer. I went to Open House to Ms. Mallard. I explained that the date matters Because you Are
Detaining me until 2027 Illegally from a verbal phone call that contradicts the paperwork sent
to the Bop. I AM Now Going to Hold you Legally Responsible for your Failure To Act.

4. GIVE THIS COMPLETED FORM TO YOUR UNIT COUNSELOR FOR RESPONSE.

TO BE COMPLETED BY STAFF

Date Received by Counselor for Response    6·26·24

Summary of investigation (place response on this form):
I/M Lathany 51090-510 arrived here to FMC Carswell with a Detainer for Colorado Department of Corrections/Denver County Sheriff Department sentence in case number
22CR6134 that was placed on her by FCC Victorville. Colorado sent Victorville paperwork on January 31, 2024, placing the detainer. The paperwork contained a letter and her
judgment order instructing the Bureau to place a Detainer on her. The Detainer judgment order stated that she was sentenced to 2 years starting on May 22, 2023, followed by 24
months of mandatory parole required by statute. Verification was made on March 13, 2024, by the Deputy Case Management Coordinator at FCC Victorville with Colorado
DOC/Extraditions Operations Coordinator. They stated via email that I/M Lathany 51090-510 must be extradited back to Colorado to be processed for parole. Colorado states
that the projected parole termination date is 05-22-2027.   Legally the ISM Department cannot remove this Detainer unless instructed to do so in writing(verified) by the agency
that place the Detainer, which in this case is Colorado DOC/Denver County Sheriff Department.  Therefore, the Detainer will stay in place until Colorado DOC/Denver County
Sheriff Department decides to remove it.

What actions were taken to resolve this matter informally (place response on this form):

    Contacted  R&D

Explain reasons for no resolution (place response on this form):

Time Issued BP 8.5    6·26·24                                    Unit Team Member:  M Ruiz

Time Inmate Returned BP 8.5    7·17·24                          Unit Team Member:  M Ruiz

Time Investigation on BP 8.5 Completed and BP-9 (BP229(13) issued:_____

Manager/Camp Administrator Signature: _____

_____    (date), this issue was informally resolved.

Signature _____                       Date _____

on: (1) If complaint is informally resolved, forward the original, signed and dated by the inmate to the Unit Counselor for filing. (2) If
t is NOT informally resolved, for the original (attached to BP-9 form) to the BP-9 Coordinator's box in the Warden's Office

I/M Latthany 51090-510 arrived here to FMC Carswell with a Detainer for Colorado Department of Corrections/Denver County Sheriff Department sentence in case number 22CR6134 that was placed on her by FCC Victorville. Colorado sent Victorville paperwork on January 31, 2024, placing the detainer.  The paperwork contained a letter and her judgment order instructing the Bureau to place a Detainer on her.  The Detainer judgment order stated that she was sentenced to 2 years starting on May 22, 2023, followed by 24 months of mandatory parole required by statute.  Verification was made on March 13, 2024, by the Deputy Case Management Coordinator at FCC Victorville with Colorado DOC/Extraditions Operations Coordinator.  They stated via email that I/M Latthany 51090-510 must be extradited back to Colorado to be processed for parole.  Colorado states that the projected parole termination date is 05-22-2027.   Legally the ISM Department cannot remove this Detainer unless instructed to do so in writing(verified) by the agency that place the Detainer, which in this case is Colorado DOC/Denver County Sheriff Department.  Therefore, the Detainer will stay in place until Colorado DOC/Denver County Sheriff Department decides to remove it.

## FSA Time Credit Assessment

Register Number:51090-510, Last Name:LATTANY

U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only -----------------
All conditional days and conditional dates below are the individual's best case scenario
given the individual's FSA/FTC status and best case SCA days as of 10-15-2024. These dates
can change if there are changes to one or more of the following: the individuals FSA risk,
FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT
OF 365 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR
REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT
ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE
FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND
CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE:
(a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE
WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND
(5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---
 Projected Release Date: 04-25-2027
 Projected Release Method: GCT REL
 FSA Projected Release Date: 01-15-2027
 FSA Projected Release Method: FSA REL
 FSA Conditional Release Date: 04-25-2026
 SCA Conditional Placement Days: N/A
 SCA Conditional Placement Date: N/A
 FSA Conditional Placement Days: N/A
 FSA Conditional Placement Date: N/A
 Conditional Transition To Community Date: N/A
--- SCA Ineligible ---------------------------------------------------------------
--- Detainers
 Id  Lodged      Org Authority
 001 01-31-2024  SCO COLORADO DOC/ DENVER COUNTY SHEIRFF DEPT

# GIRLS EMBRACING MOTHERS

## Chapter 10

The ACLU calls Carswell Federal Medical Center a "hospital of horrors"—and for good reason. Women are sent there with diagnoses requiring urgent medical care and then are routinely denied treatment. Prescriptions are thrown out upon arrival until new tests can be ordered—tests that are often put off for months, at which point the woman's health has declined to the point of no return. Carswell is the only medical facility for women in federal prison, but from the beginning it was obvious the prison hospital was ill-equipped to handle a situation as severe as Genice Stribling's.

Within days of her arrival, the untrained prison aides assigned to help Genice rolled her out of bed incorrectly and broke her ankle. A day later, her toe. They put her in a full-body lift-sling and hoisted her high in the air onto a cot, but didn't fasten the sling correctly; Genice fell out and broke her tailbone. Prison doctors deemed treatment unnecessary, as Genice "couldn't feel it anyway." Her body swelled so severely they kept her in a compression brace for twenty-four hours a day, rushing her to an outside hospi-

"Ms. Stribling," the prison doctor who oversaw her first traumatic months at Carswell leaned over and whispered in her ear, "we cannot care for you here. File the compassionate release paperwork and I'll recommend you for home confinement." But when Genice's attorney reached out to him for the recommendation, something had changed. The doctor just shook his head. "I'm sorry, I can't do it," he said, and refused to comment further. Another doctor quit after three weeks on Genice's unit after unsuccessfully arguing that they couldn't possibly meet her needs. "Nothing they're doing at that prison is ethical," she told a family member later.

Carswell's reputation extended well beyond its walls. "I took an oath. Just being in that place betrayed it," Kathleen Rumpf of the Catholic Workers Association lamented. "I have never seen anything like the corruption and cruelty at Carswell Women's Prison-Hospital." A former medical officer at Carswell, Dr. Roger Guthrie, even filed a formal complaint with the U.S. Office of Special Counsel in which he detailed substandard care, medical mistakes, and delays in treatment leading to numerous cases of prisoner death and endangerment. He documented repeated incidences of falsified medical records and documents, the rape and sexual abuse of women prisoners, and misappropriation of funds intended to provide medical care for incarcerated women.

Even the media had found their way to the story. "If I have to stay in here," Genice told one reporter investigating prison hospital conditions, "I'll probably end up dead."

None of this made it any easier for Sharanda, who was halfway across the country from her family, serving her sentence 850 miles away in Tallahassee, Florida. Weasel, housed at Carswell's low-security camp across the street from the medical center, heard of

| DISTRICT COURT, DENVER COUNTY, COLORADO | |
|---|---|
| Court Address: | |
| 1437 BANNOCK STREET, RM 256, DENVER, CO, 80202 | |
| THE PEOPLE OF THE STATE OF COLORADO<br><br>v.<br><br>**Defendant(s) DEJANE REANIECE LATTANY** | DATE FILED<br>October 11, 2024<br><br>△ **COURT USE ONLY** △ |
| | Case Number: 2022CR6134 |
| | Division: 5G        Courtroom: |
| **Order Denying EMERGENCY MOTION FOR REQUEST FOR A MEETING VIA VIDEO OR TELEPHONE** | |

The motion/proposed order attached hereto: DENIED.

The Court does not schedule meetings on criminal matters. As noted in a prior order, this Court does not have authority over the Bureau of Prisons and cannot issue any orders regarding the location of incarceration. As there are no pending matters in this case, the Court declines to schedule any hearing dates.

Issue Date: 10/11/2024

DEMETRIA ELIZABETH TRUJILLO
District Court Judge

| DISTRICT COURT, DENVER COUNTY, COLORADO | |
|---|---|
| Court Address: <br> 1437 BANNOCK STREET, RM 256, DENVER, CO, 80202 | DATE FILED <br> September 26, 2024 |
| THE PEOPLE OF THE STATE OF COLORADO <br> v. <br> **Defendant(s)** DEJANE REANIECE LATTANY | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2022CR6134 <br> Division: 5G          Courtroom: |

**Order Re: Letter dtd 9/14/24 RE: Defendant's Health w/attach**

The motion/proposed order attached hereto: NO ACTION TAKEN.

The Court has reviewed the foregoing letter.

To the extent Ms. Lattany is seeking relief from circumstances involving the Bureau of Prisons relative to her health issues, this Court does not have jurisdiction to grant any relief.

Issue Date: 9/26/2024

DEMETRIA ELIZABETH TRUJILLO
District Court Judge

TRULINCS  51090510 - LATTANY, DEJANE REANIECE - Unit: CRW-F-A

---------------------------------------------------------------------------------

FROM: 51090510
TO: Warden
SUBJECT: ***Request to Staff*** LATTANY, DEJANE, Reg# 51090510, CRW-F-A
DATE: 11/15/2024 01:28:25 PM

To: WARDEN
Inmate Work Assignment: N/A

I know you have not been able to help me with anything so far. Maybe you can help me with this atleast.

Have a Blessed day.
-----LATTANY, DEJANE REANIECE on 11/15/2024 1:27 PM wrote:

>

Please see below. I hope and pray you all can help me.
-----LATTANY, DEJANE REANIECE on 11/15/2024 1:24 PM wrote:

>

Goodmorning,

I know this is a long shot to ask you but I came to you a few months ago to see if I can join LCP. I know that It would be a great program for me considering my circumstances. I come from a Camp and have been placed under the facilities with High, Medium security level and Violent inmates all because my FSA's make my 48 month Federal sentence shorter than my 24 concurrent state sentence for the same type of white collar offense. I have been punished and penalized because my FSA'a make my concurrent sentence scored as a detainer which kept me for MINT, Camp and second chance act. I have gone under so much stress (After I just had my baby in August and I lost my dad in April) that I have panic attacks and anxiety from being in contact with the the inmates in the high rise and being moved around. I am working with medical and psych in order to help myself.

I am looking to apply for LCP and I am confident that as much as the program would help me, I know that I can contribute and be an asset to the program. I have steered clear of incident reports and issues for over 6 months. I promise to be productive, help others and make the most out of the program.

****I am asking if I Can be moved to the LCP unit now until the program starts if you are willing to approve me*****. I will do anything and everything you require of me.

I am afraid of my mental and physical health declining if I am forced to go to the highrise unit at this time. Please can you help me. Please.

TRULINCS  51090510 - LATTANY, DEJANE REANIECE - Unit: CRW-F-A

--------------------------------------------------------------------------------------------

FROM: 51090510
TO: Correctional Services/Captain
SUBJECT: ***Request to Staff*** LATTANY, DEJANE, Reg# 51090510, CRW-F-A
DATE: 11/05/2024 06:45:04 PM

To: Captain
Inmate Work Assignment: Medical Idle

Please Read below. Thank you for your help.
-----LATTANY, DEJANE REANIECE on 11/5/2024 6:39 PM wrote:

>

Thank you so much for getting back with me. Yes, Dr. Young is great and she is doing evrything... However, someone higher up made the decision to place me in danger in the high rise while I am not stabelized and I was supposed to slowly transition over to the highrise if there is no room here on ncc. I have been suffering so severe that my chest pains and panic attacks have increased. This is unsafe. I am not like all the other inmates who take medication. Ive never taken medications until I got here. My chest hurting is serious and I should not be moved to the highrise just because my FSAs make my concurrent sentence scored as a detainer (because FSA's make my Federal sentence shorter than my state concurrent sentence by a few months). without FSA's, I am a camp status and should not be in a mixed population at this time and with my health. AIC YOLANDA Complained of chest pains just like i have been and she was still placed back into the highrise and she DIED here. AIC SCHERRY MOSES died after stating that she was not feeling well. BOTH  were heart attacks. The BOP Staff here at Carswell need to consider my individual circumstances and not place me in danger at this time.
-----Psychology Services on 11/5/2024 4:52 PM wrote:

>
Ms. Lattany,

I know that Dr. Young is working closely with you on this matter and she is being an advocate for you.  I encourage you to continue working meaningfully with her to work towards your overall improvement and wellbeing.

Dr. Feliciano


From: ~^! LATTANY, ~^!DEJANE REANIECE <51090510@inmatemessage.com>
Sent: Sunday, October 27, 2024 1:37 PM
Subject: ***Request to Staff*** LATTANY, DEJANE, Reg# 51090510, CRW-F-A

To: Dr. Feliciano
Inmate Work Assignment: medical idle

-----LATTANY, DEJANE REANIECE on 10/27/2024 1:36 PM wrote:

>

I am writting you to inform you that over the weekend I have been very stressed and anxiety has been through the roof. I have not been aqble to sleep well on top of the stomach aches that the sertiline/zolof is causing. It almost seems like its causing me harm because its not working after this long. I am still experiencing the panic attacks and anxiety when i am triggered when i leave this unit. That increases my chest pains that are untreated and undiagnosed. These chest pains are very real and i keep getting told that the pains are all in my head. I have been told this by our Warden, and other health care providers here. The documentation of the heart conditions developed while in the bureau of prisons is very real and not in my head.

This is the same thing that has happend to AIC YOLANDA and AIC SCHERRY MOSES  who asked for help and complained of chest pains and it was disregarded. These AICs passed away of heart attacks while in the custody of the BOP, here at Carswell FMC. The same thing that is happening in my circumstance.

I do not leave this unit in order to keep myself safe from triggers and increased chest pains. I cant even go to eat regular meals. I have asked many of times to figure out how i can eat but never was helped. The only way i am able to eat is because on this floor, i have been helped by other AICs if they dont eat their food. When i am pushed off of this floor, i will not be able to eat. I

TRULINCS 51090510 - LATTANY, DEJANE REANIECE - Unit: CRW-F-A

--------------------------------------------------------------------------------

have lost over 20ibs involuntarily due to not being able to eat regular meals. I am supposed to be helped with things like this. I have even asked for just milk and have been ignored.

I am being moved right now when there is space and there are open rooms until my chest pains are properly treated and properly diagnosed. I did not come Into BOP custody this way. I am documenting that i have expressed that it isnt a great idea to move me at the moment if something happens to me because of this decision.

TRULINCS  51090510 - LATTANY, DEJANE REANIECE - Unit: CRW-F-A

--------------------------------------------------------------------------------

FROM: 51090510
TO: Social Worker
SUBJECT: ***Request to Staff*** LATTANY, DEJANE, Reg# 51090510, CRW-F-A
DATE: 11/05/2024 06:46:35 PM

To: Mrs. Wheeler
Inmate Work Assignment: Medical Idle

Mrs. Wheeler. I dont know if you can help me but I really need help.
-----LATTANY, DEJANE REANIECE on 11/5/2024 6:45 PM wrote:

>

Please Read below. Thank you for your help.
-----LATTANY, DEJANE REANIECE on 11/5/2024 6:39 PM wrote:

>

Thank you so much for getting back with me. Yes, Dr. Young is great and she is doing evrything... However, someone higher up
made the decision to place me in danger in the high rise while I am not stabelized and I was supposed to slowly transition over
to the highrise if there is no room here on ncc. I have been suffering so severe that my chest pains and panic attacks have
increased. This is unsafe. I am not like all the other inmates who take medication. Ive never taken medications until I got here.
My chest hurting is serious and I should not be moved to the highrise just because my FSAs make my concurrent sentence
scored as a detainer (because FSA's make my Federal sentence shorter than my state concurrent sentence by a few months).
without FSA's, I am a camp status and should not be in a mixed population at this time and with my health. AIC YOLANDA
Complained of chest pains just like i have been and she was still placed back into the highrise and she DIED here. AIC
SHERRY MOSES died after stating that she was not feeling well. BOTH were heart attacks. The BOP Staff here at Carswell
need to consider my individual circumstances and not place me in danger at this time.
-----Psychology Services on 11/5/2024 4:52 PM wrote:

>
Ms. Lattany,

I know that Dr. Young is working closely with you on this matter and she is being an advocate for you. I encourage you to
continue working meaningfully with her to work towards your overall improvement and wellbeing.

Dr. Feliciano

From: ~^! LATTANY, ~^!DEJANE REANIECE <51090510@inmatemessage.com>
Sent: Sunday, October 27, 2024 1:37 PM
Subject: ***Request to Staff*** LATTANY, DEJANE, Reg# 51090510, CRW-F-A

To: Dr. Feliciano
Inmate Work Assignment: medical idle

-----LATTANY, DEJANE REANIECE on 10/27/2024 1:36 PM wrote:

>

I am writting you to inform you that over the weekend I have been very stressed and anxiety has been through the roof. I have
not been aqble to sleep well on top of the stomach aches that the sertiline/zolof is causing. It almost seems like its causing me
harm because its not working after this long. I am still experiencing the panic attacks and anxiety when i am triggered when i
leave this unit. That increases my chest pains that are untreated and undiagnosed. These chest pains are very real and i keep
getting told that the pains are all in my head. I have been told this by our Warden, and other health care providers here. The
documentation of the heart conditions developed while in the bureau of prisons is very real and not in my head.

This is the same thing that has happend to AIC YOLANDA and AIC SCHERRY MOSES who asked for help and complained of
chest pains and it was disregarded. These AICs passed away of heart attacks while in the custody of the BOP, here at Carswell

TRULINCS  51090510 - LATTANY, DEJANE REANIECE - Unit: CRW-F-A

---------------------------------------------------------------------------------------

FMC. The same thing that is happening in my circumstance.

I do not leave this unit in order to keep myself safe from triggers and increased chest pains. I cant even go to eat regular meals. I have asked many of times to figure out how i can eat but never was helped. The only way i am able to eat is because on this floor, i have been helped by other AICs if they dont eat their food. When i am pushed off of this floor, i will not be able to eat. I have lost over 20ibs involuntarily due to not being able to eat regular meals. I am supposed to be helped with things like this. I have even asked for just milk and have been ignored.

I am being moved right now when there is space and there are open rooms until my chest pains are properly treated and properly diagnosed. I did not come Into BOP  custody this way. I am documenting that i have expressed that it isnt a great idea to move me at the moment if something happens to me because of this decision.

TRULINCS  51090510 - LATTANY, DEJANE REANIECE - Unit: CRW-F-A

--------------------------------------------------------------------------------

FROM: 51090510
TO: Psychology Services
SUBJECT: ***Request to Staff*** LATTANY, DEJANE, Reg# 51090510, CRW-F-A
DATE: 11/07/2024 08:34:25 AM

To: Dr. Moorse
Inmate Work Assignment: Medical idle/no duty

Hello, I am going through alot and still trying to get stabelized. I am working with Dr. Young and Dr. Allison on a new medication clonazepam/klonopin and an increased dose of sertiline. In assition, I am trying to figure out my chest pains that have not been resolved. I meant to email you yesterday but I had a rough day. I am not refusing any FSA classes. Considering my circumstances, I am just requesting for now, if you Can you please place me back on the waiting list?
-----LATTANY, DEJANE REANIECE on 11/5/2024 6:39 PM wrote:

>

Thank you so much for getting back with me. Yes, Dr. Young is great and she is doing evrything... However, someone higher up made the decision to place me in danger in the high rise while I am not stabelized and I was supposed to slowly transition over to the highrise if there is no room here on ncc. I have been suffering so severe that my chest pains and panic attacks have increased. This is unsafe. I am not like all the other inmates who take medication. Ive never taken medications until I got here. My chest hurting is serious and I should not be moved to the highrise just because my FSAs make my concurrent sentence scored as a detainer (because FSA's make my Federal sentence shorter than my state concurrent sentence by a few months). without FSA's, I am a camp status and should not be in a mixed population at this time and with my health. AIC YOLANDA Complained of chest pains just like i have been and she was still placed back into the highrise and she DIED here. AIC SCHERRY MOSES died after stating that she was not feeling well. BOTH  were heart attacks. The BOP Staff here at Carswell need to consider my individual circumstances and not place me in danger at this time.
-----Psychology Services on 11/5/2024 4:52 PM wrote:

>
Ms. Lattany,

I know that Dr. Young is working closely with you on this matter and she is being an advocate for you.  I encourage you to continue working meaningfully with her to work towards your overall improvement and wellbeing.

Dr. Feliciano

_____
From: ~^! LATTANY, ~^!DEJANE REANIECE <51090510@inmatemessage.com>
Sent: Sunday, October 27, 2024 1:37 PM
Subject: ***Request to Staff*** LATTANY, DEJANE, Reg# 51090510, CRW-F-A

To: Dr. Feliciano
Inmate Work Assignment: medical idle

-----LATTANY, DEJANE REANIECE on 10/27/2024 1:36 PM wrote:

>

I am writting you to inform you that over the weekend I have been very stressed and anxiety has been through the roof. I have not been aqble to sleep well on top of the stomach aches that the sertiline/zolof is causing. It almost seems like its causing me harm because its not working after this long. I am still experiencing the panic attacks and anxiety when i am triggered when i leave this unit. That increases my chest pains that are untreated and undiagnosed. These chest pains are very real and i keep getting told that the pains are all in my head. I have been told this by our Warden, and other health care providers here. The documentation of the heart conditions developed while in the bureau of prisons is very real and not in my head.

This is the same thing that has happend to AIC YOLANDA and AIC SCHERRY MOSES  who asked for help and complained of chest pains and it was disregarded. These AICs passed away of heart attacks while in the custody of the BOP, here at Carswell FMC. The same thing that is happening in my circumstance.

TRULINCS  51090510 - LATTANY, DEJANE REANIECE - Unit: CRW-F-A

--------------------------------------------------------------------------------

I do not leave this unit in order to keep myself safe from triggers and increased chest pains. I cant even go to eat regular meals. I have asked many of times to figure out how i can eat but never was helped. The only way i am able to eat is because on this floor, i have been helped by other AICs if they dont eat their food. When i am pushed off of this floor, i will not be able to eat. I have lost over 20ibs involuntarily due to not being able to eat regular meals. I am supposed to be helped with things like this. I have even asked for just milk and have been ignored.

I am being moved right now when there is space and there are open rooms until my chest pains are properly treated and properly diagnosed. I did not come Into BOP  custody this way. I am documenting that i have expressed that it isnt a great idea to move me at the moment if something happens to me because of this decision.

TRULINCS  51090510 - LATTANY, DEJANE REANIECE - Unit: CRW-F-A

--------------------------------------------------------------------------------

FROM: 51090510
TO: R&D/Mailroom/Records Office
SUBJECT: ***Request to Staff*** LATTANY, DEJANE, Reg# 51090510, CRW-F-A
DATE: 11/11/2024 08:03:04 PM

To: Mrs. Mallard/Mr.Bishop/CSD
Inmate Work Assignment: med idle

I am requesting that this instution Carswell Federal Medical Center report and contact the Denver Sheriffs department/CDOC to verify and communicate my eligibilty and FSAs, GCT and SCA and resolve the fact that my state sentence is infact shorter than my Federal sentence and according to your program statement, me qualifying for FSAs should not punish me and take me out of a camp or disqualify me from second chance act pre-release to home confinement when i would still be under BOP CUSTODY.

I am also asking for this institution to coordinate with case management for my concurrent sentence because my rights are being violated due to the fact that the BOP AND CDOC DO NOT COMMUNICATE. I am being placed in dangerous environments when it comes to my health.

My conduct, security level needed and most of all my offense needs (both white collar) to be considered when the only reason my concurrent sentence is scored as a detainer is because i qualify for FSAs and no other applicable reasons. I belong in a camp.
-----LATTANY, DEJANE REANIECE on 11/11/2024 6:41 PM wrote:

>

According to program statement P5100.08 of subject: inmate security designation and custody classification under section 11: A concurrent STATE sentence is to be scored as Detainer ONLY if it is expected that the state sentence will exceed the Federal sentence.

-My state sentence of imprisonment is 24 months, While my Federal sentence of Imprisonment is 48 months. The only reason, the BOP is scoring my state sentence as a detainer is because when the BOP is including my 2 years state parole with my 2 years state sentence.... My FSA's cause my Federal sentence to be "shorter" than that of my Federal sentence.

My Federal sentence is 48 months plus 3 years Probation.
My State sentence is 24 months plus 2 years Parole.

- I started serving BOTH sentences NOV, 2023.

I am being Penaltilized/Punished by Qualifying for FSA's. My First step act credits and Good conduct Time cause my Federal sentence to be "shorter" than my State sentence of imprisonment.

1-Because I qualify for FSA and GCT, my concurrent sentence is being scored as a Detainer. (There are people with concurrent sentences at Camp)
2-Because I qualify for FSA and GCT, I am now disqualified for Second Chance Act.

3- Because I qualify for FSA and GCT, I am, being placed in ADMIN, Mixed population with high/medium security level inmates and violent offenders Causing PTSD, Stress, Anxiety, Panic attacks and Chest Pains consistantly that are not resloved. I have also developed heart conditions, a risk for cardiomyopathy and a severe depressive disorder all while in BOP custody.

-According to my offense and security needs, I belong in a camp environment. My qualifying for FSA's and GCT should not result in punishment for me making my sentence more punitive than the courts intended according to my offense, history and background. In reality, my Federal sentence is longer with and without including the probation portion of the sentence in the same way the BOP is including the Parole portion of my concurrent sentence in order to place a management variable to make me ineligible for FSA and SCA prerelease custody incintives.

I am asking for my individual circumstances and health conditions be considered. Ive developed heart conditions and mental instability all while in BOP custody. I have chest pains that have not been diagnosed, treated or resloved. I have panic attacks and watched two AICs,Yolanda and scherry Moses die of heart attacks after compaining of chest pains and asking for help. (Just like me).

TRULINCS  51090510 - LATTANY, DEJANE REANIECE - Unit: CRW-F-A
--------------------------------------------------------------------------------

I am asking NOT to be punished for getting FSAs and to be placed back into a camp.
I am asking to be considered for SCA and communication to be made from the BOP to Colorado in order to manage my case
I am asking for acess for case management with the CDOC amdf removed from danger

TRULINCS  51090510 - LATTANY, DEJANE REANIECE - Unit: CRW-F-A

--------------------------------------------------------------------------------

FROM: Warden
TO: 51090510
SUBJECT: RE:***Inmate to Staff Message***
DATE: 11/13/2024 08:32:02 PM

When you received your Administrative Remedy response you had the option and information on how to proceed to the next level.  You've received your response locally.

From: ~^! LATTANY, ~^!DEJANE REANIECE <51090510@inmatemessage.com>
Sent: Wednesday, November 13, 2024 8:18:04 PM
Subject: ***Request to Staff*** LATTANY, DEJANE, Reg# 51090510, CRW-F-A

To: WARDEN
Inmate Work Assignment: med idle

-----LATTANY, DEJANE REANIECE on 11/13/2024 8:14 PM wrote:

>

A concurrent sentence does not disqualify me for FSA/FTC according to program statement 7310.01. Detainers were struck out in March of 2023. Therefor my FSAs are supposed to be applioed.

According to your program statements, A concurrent sentence is NOT supposed to be scored as a detainer unless it is longer than my Federal sentence. My Federal sentence is Longer so the detainer needs to be reviewed. FSA's make my Federal sentence shorter than my Federal senetnce. I should not be penalized and punished because I get FSAs.

How are you Detaining me until 2027 passed both of my sentences of imprisonment??? Please explain this to me.
-----Warden on 11/13/2024 8:02 PM wrote:

>

This request has been addressed through the Administrative Remedy process, as such there are no changes in your status, you currently have a detainer with the DOC, and they are not willing to drop the detainer until your time with them has been complete. Once the detainer is removed then your Unit team can review you for FSA/FTC credits, until then FSA/FTC will not be applied.

From: ~^! LATTANY, ~^!DEJANE REANIECE <51090510@inmatemessage.com>
Sent: Monday, November 11, 2024 8:18:23 PM
Subject: ***Request to Staff*** LATTANY, DEJANE, Reg# 51090510, CRW-F-A

To: WARDEN
Inmate Work Assignment: med idle

PLEASE SEE BELOW
-----LATTANY, DEJANE REANIECE on 11/11/2024 8:03 PM wrote:

>

I am requesting that this instution Carswell Federal Medical Center report and contact the Denver Sheriffs department/CDOC to verify and communicate my eligibility and FSAs, GCT and SCA and resolve the fact that my state sentence is infact shorter than my Federal sentence and according to your program statement, me qualifying for FSAs should not punish me and take me out of a camp or disqualify me from second chance act pre-release to home confinement when i would still be under BOP CUSTODY.

I am also asking for this institution to coordinate with case management for my concurrent sentence because my rights are being violated due to the fact that the BOP AND CDOC DO NOT COMMUNICATE. I am being placed in dangerous environments when it comes to my health.

TRULINCS 51090510 - LATTANY, DEJANE REANIECE - Unit: CRW-F-A

--------------------------------------------------------------------------------

My conduct, security level needed and most of all my offense needs (both white collar) to be considered when the only reason my concurrent sentence is scored as a detainer is because i qualify for FSAs and no other applicable reasons. I belong in a camp.

-----LATTANY, DEJANE REANIECE on 11/11/2024 6:41 PM wrote:

>

According to program statement P5100.08 of subject: inmate security designation and custody classification under section 11: A concurrent STATE sentence is to be scored as Detainer ONLY if it is expected that the state sentence will exceed the Federal sentence.

-My state sentence of imprisonment is 24 months, While my Federal sentence of Imprisonment is 48 months. The only reason, the BOP is scoring my state sentence as a detainer is because when the BOP is including my 2 years state parole with my 2 years state sentence.... My FSA's cause my Federal sentence to be "shorter" than that of my Federal sentence.

My Federal sentence is 48 months plus 3 years Probation.
My State sentence is 24 months plus 2 years Parole.

- I started serving BOTH sentences NOV, 2023.

I am being Penaltilized/Punished by Qualifying for FSA's. My First step act credits and Good conduct Time cause my Federal sentence to be "shorter" than my State sentence of imprisonment.

1-Because I qualify for FSA and GCT, my concurrent sentence is being scored as a Detainer. (There are people with concurrent sentences at Camp)
2-Because I qualify for FSA and GCT, I am now disqualified for Second Chance Act.

3- Because I qualify for FSA and GCT, I am, being placed in ADMIN, Mixed population with high/medium security level inmates and violent offenders Causing PTSD, Stress, Anxiety, Panic attacks and Chest Pains consistantly that are not resloved. I have also developed heart conditions, a risk for cardiomyopathy and a severe depressive disorder all while in BOP custody.

-According to my offense and security needs, I belong in a camp environment. My qualifying for FSA's and GCT should not result in punishment for me making my sentence more punitive than the courts intended according to my offense, history and background. In reality, my Federal sentence is longer with and without including the probation portion of the sentence in the same way the BOP is including the Parole portion of my concurrent sentence in order to place a management variable to make me ineligible for FSA and SCA prerelease custody incintives.

I am asking for my individual circumstances and health conditions be considered. Ive developed heart conditions and mental instability all while in BOP custody. I have chest pains that have not been diagnosed, treated or resloved. I have panic attacks and watched two AICs,Yolanda and scherry Moses die of heart attacks after compaining of chest pains and asking for help. (Just like me).

I am asking NOT to be punished for getting FSAs and to be placed back into a camp.
I am asking to be considered for SCA and communication to be made from the BOP to Colorado in order to manage my case
I am asking for acess for case management with the CDOC amdf removed from danger

Lattany, Dejane
Bop Registration Number: 51090-510
P.O. Box 27137
Federal Medical Center, Carswell
Fort Worth TX, 76127-0137

CERTIFIED MAIL

7022 2410 0001 1904 5952

<>51090-510<>
Alfred A Arraj
901 19TH ST
Room A105
Denver, CO 80294
United States



Retail

80294

$0.00

U.S. POSTAGE PAID
FCM LG ENV
RIVER OAKS, TX 76114
DEC 02, 2024



FMC Carswell
P.O. Box 27066
Fort Worth, TX 76127
Mailed: 12/3/24
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification.
(4)