## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:23-cr-00074-NYW
(Civil Action No. 1:23-cv-03024-NYW)

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DEJANE REANIECE LATTANY,

      Defendant.

---

## FINAL JUDGMENT

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the Order of United States District Judge Nina Y. Wang, entered on June 6, 2025 (ECF No. 113), it is

      ORDERED that the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 46) filed November 13, 2024, is **DENIED.** It is further

      ORDERED that Defendant's Amended 28 U.S.C. § 2255 (ECF No. 62) is **DENIED.**

      Dated at Denver, Colorado this 6th day of June, 2025.

                      FOR THE COURT:

                      JEFFREY P. COLWELL, CLERK

                      By: s/ *Robert R. Keech*
                          Robert R. Keech,
                          Deputy Clerk